IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| DOUGLAS C. MARSHALL, | : |
| | :   CASE NO.: 1:04-CV-152 (WLS) |
|    Plaintiff, | : |
| vs. | : |
| RICKY HANES, | : |
|    Defendant. | : |

**J U D G M E N T**

Pursuant to this Court's Order dated August 18, 2006, and for the reasons stated therein, JUDGMENT is entered in favor of Defendant. Plaintiff shall recover nothing from Defendant.

This  18 th   day of  August, 2006.

GREGORY J. LEONARD, CLERK

By: /s/ Joan B. King, Deputy Clerk